THE SAINT NICHOLAS BANK, Respondent, *v.* PERCY R. KING,
Impleaded, etc., Appellant.

(Argued January 30, 1890; decided March 4, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 6, 1887, which affirmed a judgment in favor of
plaintiff entered upon a verdict by the court, and affirmed an
order denying a motion for a new trial, and affirming an order
vacating a judgment against two of the defendants, entered
previous to the trial.

*David Willcox* for appellant.

*Edwin B. Smith* for respondent.

Agree to affirm; no opinion.
All concur except FOLLETT, Ch. J., dissenting, and HAIGHT, J., not sitting.
Judgment affirmed.